686 A.2d 1185

IN THE MATTER OF IRVING SILVERMAN,
AN ATTORNEY AT LAW.

January 15, 1997.

### ORDER

Prior report:  143 *N.J.* 134, 669 *A.*2d 238.

This matter having been duly presented to the Court, it is ORDERED that **IRVING SILVERMAN** of **NEWARK,** who was admitted to the bar of this State in 1959, and who was suspended from the practice of law for a period of six months by Order of this Court dated January 10, 1996, be restored to the practice of law, effective immediately.